**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
 WILSON RAMOS,

                              Plaintiff,                    25 **CIVIL** 3070 (JCM)

         -v-                                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
----------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated January 5, 2026, the final decision of the

Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant

for this further administrative action. The remand will not disturb the prior award of benefits to

the claimant as of August 2015. On remand, the ALJ will be instructed to further evaluate the

opinions in the record in accordance with the applicable regulations.

**Dated:**  New York, New York

        January 6, 2026


                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                        **BY:**        *Negam Dulol*
                                        _____
                                                **Deputy Clerk**